

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

MARGARET A. ROBISON

                          Plaintiff(s),

v.  CONCORD MANAGEMENT / & MEADOWOOD PARK Apartments

Case: 2:14-cv-14808
Judge: Cohn, Avern
MJ: Hluchaniuk, Michael J.
Filed: 12-17-2014 At 11:16 AM
CMP ROBISON V CONCORD MANAGEMENT, ET AL (EB)

                          Defendant(s).
_____/

## COMPLAINT

I.   Defendant(s). Print the full name for each defendant. If there are more defendants, use additional pages to provide their names.

    **Name of Defendant(s)**

1. _____
2. _____
3. _____
4. _____
5. _____

II.  Statement of claim. Briefly state the facts of your case. Describe how each defendant is involved, and exactly what each defendant did, or failed to do. Include names of any other persons involved, dates, and places. You may use additional paper if necessary.

Please see attached

MIED (Rev 5/13) General Civil Complaint

III. Relief. Briefly state exactly what you want the court to do for you.

1) Award damages in excess of $100,000 for the violations specified in the complaint.

2) Enter an order requiring Defendants to maintain the parking accommodation for so long as I am a resident.

IV. Additional Information. – Briefly enter any additional information, you may use additional paper.

V. Demand for Jury Trial. Check this box if you want your case to be decided by a jury, instead of a judge.

☑ Plaintiff demands a jury trial on all issues.

Dated: November 15, 2014

Margaret A Robison
Plaintiff's Signature

MARGARET A. ROBISON
Plaintiff's Printed Name

27084 MEADOWOOD DR #203
Street Address

WIXOM MI 48393
City, State, Zip Code

248-773-1790
Telephone Number

MAR62253@AOL.COM
E-mail Address

U.S. District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 West Lafayette Blvd.
Detroit, Michigan 48226

MARGARET A. ROBISON

    Plaintiff,                    Case No.:
                                         HON:

vs.

CONCORD MANAGEMENT &
MEADOWOOD PARK APARTMENTS

    Defendants

Margaret A. Robison, (Plaintiff) 27084 Meadowood Drive #203 Wixom, Michigan 48393. Concord Management Limited, 21800 Haggerty Road, Suite #220, Northville, Michigan 48167. Concord Management/Meadowood Park Apartments 1551 Sandspur Maitland, Florida 32751(Defendants) and Meadowood Park Apartments, 27059 Meadowood Drive, Wixom, Michigan 48393 (Defendants).

1).On November 15, 2013 9:30p.m., after meeting with Representative Klint Kesto, I came home to find another tenant parked in my "reserved" (not handicapped) parking space. Margaret A. Robison called maintenance man, Mr. George Moses, to come and get the tenant to move their car. Mr. George Moses also had to call Ms. Lisa Osler (manager) to find out whom the car belong to. The tenant was upset at Margaret A. Robison for having her to move her car in a "reserved" spot. Mr. George Moses then stated to Margaret A. Robison, "You have to play nice with the new neighbor." Margaret A. Robison has been denied at every requests for a "handicapped parking sign for resident only" with permit because Concord Management stated that the sign is "illegal" to have.

2).Concord Management have ignored all Margaret A. Robison requests for handicapped parking where she could be safe and protected by the police/law. Concord Management requested that she pay from $250.00 to $1,000 to $1,600 depending on the season for a curb cut-out. Without handicapped parking, it put Margaret A. Robison safety at risk.

3). According to the City of Wixom, Mr. Dennis Smith, Building Inspector, there should have been handicapped accessibility for 27084-203 building according to the Disability Act of 1976. The original design was approved to have handicapped parking at 27084-203 entrance. Any changes that Concord Management made after, should have gone back to the city of Wixom for approval, and they did not. Concord Management failed all guidelines according to local, state and federal law. Margaret A. Robison is a resident of Wixom and must follow all the ordinances and laws, therefore, Margaret A. Robison should also be protected too, by all the ordinances and laws by the city of Wixom.

4). Concord Management and Meadowood Park Apts., went against Margaret A. Robison privacy rights. According to the guidelines, all Concord Management needed from Margaret A. Robison for handicapped parking, was the blue handicapped placard (in which they had in 2008 and ran it through the state of Michigan for verification). Concord Management forced Margaret A. Robison to reveal medical records on why she is handicapped. December 4, 2013 Robert Shaner, Chiropractor, had to reveal Margaret A. Robison disability impairments. December 2, 2013 Sean P. Coyle, M.D., had to reveal Margaret A. Robison disability impairments. Margaret A. Robison has been disabled since 1990.

5). As a result, Concord Management and Meadowood Park Apts. failed to protect and provide according the Disability Act of 1976, Elliott Larsen Act, Fair Housing Act, the harassment towards Margaret A. Robison should have never happened. Margaret A. Robison could not enjoy the living accommodation as other tenants. Margaret A. Robison was constantly harassed by deliveries, tenants, moving companies, any time that she left her apartment.

Wherefore, Plaintiff Margaret A. Robison demands a judgment against Defendants, Concord Management and Meadowood Park Apartments, for damages in excess of $100,000 plus court costs, permanent handicapped parking with permit as long as she resides at Meadowood Park Apts., for zero tolerance of harassment towards a handicapped disabled women, failure to provide accommodation(housing), HIPPA violations.

dated: December 15, 2014

Respectfully submitted,

Margaret A. Robison, Plaintiff's signature

MARGARET A. ROBISON
Plaintiff's printed name

Envelope addressed to:

U.S. District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, Michigan
48226

Attn: David Weaver — Court Clerk.
Clerk of Court

FILED
DEC 17 2014
CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

Intake

# New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

[X] Two (2) completed **Civil Cover Sheets**.

[X] Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

_2_ + 2 = _4_ Complaints.
# of Defendants    Total

Received by Clerk: _EB_   Addresses are complete: ✓

Case: 2:14-cv-14808
Judge: Cohn, Avern
MJ: Hluchaniuk, Michael J.
Filed: 12-17-2014 At 11:16 AM
CMP ROBISON V CONCORD MANAGEMENT, ET AL (EB)

[ ] If any of your defendants are **government agencies**:
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

## If Paying The Filing Fee:

[ ] Current new civil action filing fee is attached.

Fees may be paid by check or money order made out to:

**Clerk, U.S. District Court**

Received by Clerk: _____ Receipt #:_____

## If Asking That The Filing Fee Be Waived:

[X] Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.

Received by Clerk: _EB_

### Select the Method of Service you will employ to notify your defendants:

| Service via Summons by Self | Service by U.S. Marshal (Only available if fee is waived) | Service via Waiver of Summons (U.S. Government cannot be a defendant) |
|---|---|---|
| [X] Two (2) completed **summonses** for each defendant including each defendant's name and address. Received by Clerk: _EB_ | [X] Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint. [X] Two (2) completed **Request for Service by U.S. Marshal** form. N/A Received by Clerk: _____ | [ ] You need not submit any forms regarding the Waiver of Summons to the Clerk. Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need: • One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant. • Two (2) **Waiver of the Service of Summons** forms per defendant. Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

**Clerk's Office Use Only**

Note any deficiencies here:

_Civil cover sheet unsigned_

Rev. 4/13

JS 44 (Rev. 12/12) **CIVIL COVER SHEET** County in which action arose OAKLAND

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MARGARET A. ROBISON

**(b)** County of Residence of First Listed Plaintiff: OAKLAND
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
CONCORD MANAGEMENT / MEADOWOOD PARK APARTMENTS

County of Residence of First Listed Defendant: WAYNE
*(IN U.S. PLAINTIFF CASES ONLY)*

Case: 2:14-cv-14808
Judge: Cohn, Avern
MJ: Hluchaniuk, Michael J.
Filed: 12-17-2014 At 11:16 AM
CMP ROBISON V CONCORD MANAGEMENT, ET AL (EB)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
AMERICANS W/ DISABILITIES ACT, HIPAA

Brief description of cause:
FAILURE TO PROVIDE ACCOMMODATIONS (HOUSING) + HIPAA VIOLATIONS

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 100,000+
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes: