**U.S. Department of Justice**
United States Marshals Service
Eastern District of Michigan
231 W. Lafayette Blvd, Suite 300
Detroit, MI 48226-2700

Official Business
Penalty for Private Use $300

14-14808

2

2015 FEB 26 PM 3:56
DETROIT
EASTERN MICHIGAN



UNDELIVERABLE
AS ADDRESSED
FORWARDING
ORDER EXPIRED

7013 0600 0001 3922 6149

CERTIFIED MAIL

Concord Mgmt.
21800 Haggerty Rd. #280
Northville Mi. 48167

RS
MARCH
CB 2nd 3-13-15

FILED
MAR 25 2015
CLERK'S OFFICE
DETROIT





(2/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| Margaret A. Robison, ) | |
| ) | |
| ) | Civil Action No. 14-14808 |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| Concord Management, et al, ) | Hon. Avern Cohn |
| ) | |
| ) | |
| *Defendant.* ) | |

## SUMMONS IN A CIVIL ACTION

To: Concord Management

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Margaret A. Robison
27084 Meadowood Dr.
#203
Wixom, MI 48393

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*       By: s/ T McGovern
                                            *Signature of Clerk or Deputy Clerk*

                                        Date of Issuance: January 8, 2015

