## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MARGARET A. ROBISON,

     Plaintiff,

vs.

     Case No:   14-14808
     HON:  AVERN COHN

CONCORD MANAGEMENT and
MEADOWOOD PARK APARTMENTS,

     Defendants.

| | |
|---|---|
| MARGARET A. ROBISON<br>In Pro Per<br>27084 Meadowood Drive, #203<br>Wixom, MI 48393<br>(248) 773-7790<br>Mar62253@aol.com | TARA S. CANNATELLA (P67532)<br>Attorney for Defendant Meadowood Park<br>Apartments of Wixom LLC<br>1001 Woodward Ave., Suite 900<br>Detroit, MI 48226<br>(313) 963-1860/Fax: 963-9065<br>tcannatella@mhutchlaw.com |

*(left margin: HUTCHINSON CANNATELLA PC □ 1001 WOODWARD, SUITE 900 □ DETROIT MICHIGAN 48226 □ (313) 963-1860)*

## STIPULATED ORDER FOR DISMISSAL OF
## MEADOWOOD PARK APARTMENTS OF WIXOM LLC ONLY

At a session of said Court, held in the United
States District Court, Eastern District of Michigan,
Southern Division, on: _____

PRESENT: THE HON: _____
                    U.S. DISTRICT COURT JUDGE

This matter having come before the Court upon stipulation of the parties, and the Court

being fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint against Meadowood Park

Apartments of Wixom LLC, only, is hereby dismissed with prejudice and without costs.

- 1

THIS ORDER DOES NOT RESOLVE ALL PENDING CLAIMS AND DOES NOT

CLOSE THE CASE.

_____
U.S. District Court Judge

Approved for entry:

_Margaret A. Robison_ 4/1/2015

MARGARET A. ROBISON
In Pro Per
27084 Meadowood Drive, #203
Wixom, MI 48393
(248) 773-7790
Mar62253@aol.com

_Tara S. Cannatella_

TARA S. CANNATELLA (P67532)
Attorney for Defendant Meadowood Park
Apartments of Wixom LLC
1001 Woodward Ave., Suite 900
Detroit, MI 48226
(313) 963-1860/Fax: 963-9065
tcannatella@mhutchlaw.com

Dated: March 9, 2015
Stip Order Dismissal 03-09-15/tsc

HUTCHINSON CANNATELLA PC
1001 WOODWARD, SUITE 900 ☐ DETROIT MICHIGAN 48226 ☐ (313) 963-1860

- 2