UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



MARGARET A. ROBINSON,

    Plaintiff(s),

v.

CONCORD MANAGEMENT, and
MEADOWOOD PARK APARTMENTS,

    Defendant(s).
_____/

Case No. 14-14808

HONORABLE AVERN COHN

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 25, 2015, a summons was returned unexecuted as to defendant Concord Management. (Doc. 12). On April 2, 2015, the parties filed a stipulation of dismissal between plaintiff and defendant Meadowood Park Apartments. (Doc. 13). The Court entered the order and dismissed plaintiff's claims against Meadowood Park Apartments. (Doc. 14).

Under these circumstances, plaintiff's claims against Concord Management are DISMISSED WITHOUT PREJUDICE. This case is DISMISSED.

SO ORDERED.

                                                         /s/ Avern Cohn
                                                 AVERN COHN
                                                 UNITED STATES DISTRICT JUDGE

Dated: April 2, 2015

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 2, 2015, by electronic and/or ordinary mail.

                                                 s/Sakne Chami
                                                 Case Manager, (313) 234-5160